UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BARTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NOW FOODS, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 1:17-cv-1222-LJO-EPG<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS THE ACTION WITHOUT PREJUDICE FOR FAILURE TO SERVE SUMMONS AND COMPLAINT IN COMPLIANCE WITH RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>(ECF Nos. 1, 6)<br><br>**FOURTEEN (14) DAY DEADLINE** |

　　　　Donald Barton ("Plaintiff") commenced this product liability action by the filing of a Complaint on September 11, 2017. (ECF No. 1). The Court issued summonses as to Richard Elwood, Jim Emme, Now Foods Inc., and Whole Foods-FRS ("Defendants") on September 11, 2017. (ECF No. 2).

　　　　On February 12, 2018, the Court held a telephonic status conference. (ECF No. 6). Plaintiff advised the Court regarding the status of service on Defendants, and the Court set a new deadline to complete service of process of April 6, 2018. *Id.*

　　　　Rule 4(l) of the Federal Rules of Civil Procedure provides, in relevant part, "Unless service is waived, proof of service must be made to the court." Furthermore, Rule 4(m) provides, in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that

1

> defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

More than 90 days have elapsed since the filing of the complaint in this action, and the court-ordered extended deadline for service of process has expired. To date, Plaintiff has failed to file proof of service of the summons and complaint upon the defendants in compliance with Federal Rules of Civil Procedure 4(l), and the defendants have not appeared in this action. Accordingly, the Court RECOMMENDS that this action be dismissed without prejudice.

These findings and recommendations will be submitted to the United States District Judge assigned to this action pursuant to the provisions of 28 U.S.C. § 636 (b)(1). Within fourteen (14) days after being served with a copy of these findings and recommendations, any party may file written objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within seven (7) days after service of the objections.

Failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (quoting *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **May 24, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE